396 A.2d 843

Schrecengost v. Schrecengost, Appellant.

Argued October 23, 1978. Gary Robert Fine, for appellant; Joseph E. Breman, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.